IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| THOMAS WAYNE HINTON, | ) | |
| :--- | :--- | :--- |
| Plaintiff, | ) | |
| vs. | ) | Case No. CIV-13-1183-M |
| JIM BAUMAN, Sheriff, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

On December 19, 2013, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that this action be dismissed without prejudice due to plaintiff's failure to comply with the orders of the Court and failure to cure such deficiencies. Plaintiff was advised of his right to object to the Report and Recommendation by January 8, 2014. The review of the records shows that plaintiff has not filed any objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 7] issued by the Magistrate Judge on December 19, 2013, and

(2) DISMISSES this action without prejudice due to plaintiff's failure to comply with the orders of the Court and failure to cure such deficiencies.

**IT IS SO ORDERED this 21st day of January, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE